UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: DARVOCET, DARVON AND PROPOXYPHENE
PRODUCTS LIABILITY LITIGATION

| | | |
|---|---|---|
| James Stephens, et al. v. McKesson, et al., | ) | |
| N.D. California, C.A. No. 4:13-04406 | ) | MDL No. 2226 |

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

**Before the Panel:**[*]  Pursuant to Panel Rule 7.1, plaintiffs move to vacate our order that conditionally transferred their action (*Stephens*) to MDL No. 2226.  Responding defendant Eli Lilly & Company (Eli Lilly) does not oppose the motion to vacate.

The actions encompassing MDL No. 2226 involve allegations that Darvocet, Darvon and other medications containing propoxyphene were defectively designed and marketed and claims that the ingestion of such medications resulted in injury.  *See In re: Darvocet, Darvon and Propoxyphene Prods. Liab. Litig.*, 780 F. Supp. 2d 1379, 1380 (J.P.M.L. 2011).  Plaintiffs argue that this action is not appropriate for inclusion in MDL No. 2226 because, *inter alia*, (1) the action was improperly removed and—consistent with overwhelming precedent in nearly identical cases—does not belong in federal court; (2) a motion to remand to state court is pending; and (3) transfer would not promote the just and efficient conduct of this action because there are a small number of actions remaining in this MDL.

After considering all argument of counsel, we find this action involves common questions of fact with the actions previously transferred to MDL No. 2226, but the agreement of the parties leads us to conclude that transfer under these particular circumstances would not promote the just and efficient conduct of this litigation or of this action.

---

[*]  Judge Paul J. Barbadoro and Judge Lewis A. Kaplan did not participate in the disposition of this matter.

-2-

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-44" is vacated insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

_____
John G. Heyburn II
Chairman

Marjorie O. Rendell    Charles R. Breyer
Sarah S. Vance         Ellen Segal Huvelle