UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JAMES STEPHENS, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION; et al.,<br><br>    Defendants. | Case No: C 13-4406 SBA<br><br>**ORDER SETTING CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE THAT:

1. The parties shall appear for telephonic Case Management Conference on **March 13, 2014, at 2:30 p.m.**

2. At least seven (7) calendar days prior to the Case Management Conference, the parties shall meet and confer and file a Joint Case Management Conference Statement that complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court. See http://www.cand.uscourts.gov/sbaorders.

3. Plaintiffs' counsel shall be responsible for filing the Joint Case Management Statement and setting up the conference call. At the date and time indicated above, Plaintiffs' counsel shall call (510) 637-3559 with all parties on the line. The parties may use CourtCall or a similar service to set up the call. NO PARTY SHALL OTHERWISE CONTACT CHAMBERS DIRECTLY WITHOUT PRIOR AUTHORIZATION OF THE COURT.

IT IS SO ORDERED.

Dated: 2/19/14

                                                      SAUNDRA BROWN ARMSTRONG<br>
                                                      United States District Judge